EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Verano | 2015 TSPR 38 192 DPR ____ |

Número del Caso: ES-2015-1

Fecha: 10 de abril de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO                    ES-2015-01

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 10 de abril de 2015.

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1 de julio al 31 de julio de 2015.

    Hon. Anabelle Rodríguez Rodríguez, Presidenta
    Hon. Mildred G. Pabón Charneco
    Hon. Edgardo Rivera García

Del 1 de agosto al 31 de agosto de 2015.

    Hon. Liana Fiol Matta, Presidenta
    Hon. Erick Kolthoff Caraballo
    Hon. Roberto Feliberti Cintrón

Del 1 de septiembre al 30 de septiembre de 2015.

    Hon. Rafael L. Martínez Torres, Presidente
    Hon. Luis F. Estrella Martínez
    Hon. Maite D. Oronoz Rodríguez

En caso que sea necesario sustituir a algún juez que no pueda intervenir en algún asunto se seguirá el procedimiento establecido en la Regla 4(d) del Reglamento del Tribunal Supremo.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo